**In the Matters of MELISSA E., PATRICIA E.**

No. 79–522–M.P.

Supreme Court of Rhode Island.

Jan. 10, 1980.

Supreme Court of Rhode Island.

Mary M. Lisi, Asst. Public Defender, for petitioners.

Chester Lupton, Legal Counsel, Child Welfare Services, Providence.

## ORDER

Treating the petition for writ of prohibition as a petition for writ of certiorari, the petition for certiorari is granted and the writ shall issue forthwith. Petitioners' motion for stay is denied.

DORIS, J., did not participate.